# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL ACTION NO. |
| PHILLIP ALEXANDER and | : 2:12-CR-18-RWS |
| BENNY LEVERETT, | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [256] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval. Accordingly, Defendants' Motion to Dismiss Indictment based on failure to allege criminal defenses [229, 234] is DENIED; Defendant Alexander's Motion to Quash Indictment or to Compel Election of Indictment [230] is DENIED, as moot; and Defendant Leverett's Motion to Sever [226] is DENIED, without prejudice.

**SO ORDERED** this   7th   day of August, 2014.

s/Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)